UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURIE NICHOLSON, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Franciscan Missionaries of Our Lady Health System, Franciscan Missionaries of Our Lady Health System Investment Committee, and John Does 1-20,<br><br>Defendants. | Civil Action No.: 3:16-cv-00258 |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM
IN SUPPORT OF MOTION FOR ENTRY OF [PROPOSED] PRETRIAL ORDER NO. 1
APPOINTING INTERIM CO-LEAD CLASS COUNSEL AND ESTABLISHING
PROCEDURES FOR THE CONSOLIDATION OF
<u>FUTURE-FILED CASES</u>**

Plaintiff Laurie Nicholson ("Plaintiff"), through her undersigned counsel, pursuant to Local Rule 7(f), respectfully moves for leave to file a reply memorandum ("Reply Memorandum"), not to exceed five (5) pages, in support of Plaintiff's opening motion and memorandum for the entry of [Proposed] Pretrial Order No. 1 (the "Proposed Order") (i) appointing the law firms of Kessler Topaz Meltzer & Check, LLP and Izard Nobel LLP as Interim Co-Lead Class Counsel, (ii) appointing Tarcza & Associates as Interim Liaison Class Counsel, and (iii) establishing procedures for the consolidation of future-filed related cases ("Rule 23(g) Motion"). *See* ECF No. 11.  In support of the instant motion, Plaintiff states as follows:

1.      On May 31, 2016, Plaintiff filed the Rule 23(g) Motion. *See* ECF No. 11.

2.     On June 10, 2016, Defendants filed their Opposition to the Rule 23(g) Motion ("Response") (ECF No. 23) raising new arguments.  In particular, the Response argues that Plaintiff provided insufficient notice of the filing of the Rule 23(g) Motion and that the Rule 23(g) Motion is premature.  Both of these arguments are unfounded.

3.     Plaintiff believes that the Reply Memorandum (attached hereto as Exhibit 1) will assist the Court in reaching a full and fair determination regarding Plaintiff's Rule 23(g) Motion, as the Reply Memorandum addresses the new arguments raised in Defendants' Response.  *See, e.g.*, *Energy ProdCorp., v. Northfield Ins. Co.*, No. 10-cv-0933, 2010 WL 2854296, at *1 (E.D. La. July 15, 2016) (granting leave to file reply brief to allow plaintiff an opportunity to "address the arguments raised in [defendant's] opposition.").

4.     Plaintiff submits that the interests of justice support granting leave to file the attached Reply Memorandum.  Plaintiff is prepared to file the Reply Memorandum within one day following the Court's grant of leave to do so.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff permission to file the Reply Memorandum attached at Exhibit 1.

Dated:  June 17, 2016                                        Respectfully submitted,

*/s/ Mark K. Gyandoh*
Edward W. Ciolko
Mark K. Gyandoh
Julie Siebert-Johnson
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  eciolko@ktmc.com
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

Robert A. Izard
Mark P. Kindall
**IZARD NOBEL LLP**
29 South Main Street
Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax:  (860) 493-6290
Email:  rizard@izardnobel.com
Email:  mkindall@izardnobel.com

*Proposed Interim Co-Lead Class Counsel*

<u>/s/ Robert E. Tarcza</u>
Robert E. Tarcza, LSBN 12655
**TARCZA & ASSOCIATES**
1310 Whitney Bldg.
228 St. Charles Ave.
New Orleans, LA 70130
Tel:  (504) 525-6696
Fax:  (504) 225-6701
Email:  bobt@tglaw.net

*Proposed Interim Liaison Class Counsel*

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2016, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                      */s/ Mark K. Gyandoh*
                                      Mark K. Gyandoh