## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURIE NICHOLSON, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Franciscan Missionaries of Our Lady Health System, Franciscan Missionaries of Our Lady Health System Investment Committee, and John Does 1-20,<br><br>Defendants. | No.: 3:16-cv-00258-SDD-EWD |

### PLAINTIFF'S MOTION FOR FINAL
### APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Laurie Nicholson ("Named Plaintiff" or "Plaintiff"), on behalf of herself and all others similarly situated, submits this motion for final approval of the proposed settlement of this class action pursuant to Federal Rule of Civil Procedure 23(e) and the Employee Retirement Income Security Act of 1974 ("ERISA"). Specifically, Plaintiff moves the Court for an Order: (1) granting final approval of the Class Action Settlement Agreement ("Settlement" or "Settlement Agreement") described herein and preliminarily approved by the Court on October 25, 2017 (Dkt. No. 83); and (2) granting final certification of the Class pursuant to Federal Rules of Civil Procedure 23(b)(1) and/or 23(b)(2). While Defendants do not oppose the relief sought in this Motion, Defendants do not agree with all of the averments stated in this Memorandum.

In support of this Motion, Plaintiff has submitted the accompanying Joint Declaration of Mark K. Gyandoh and Mark. P. Kindall (with exhibits) and a Memorandum of Law in support thereof. A copy of a revised [Proposed] Order and Final Judgment is attached hereto.

Dated:  January 5, 2018                              Respectfully submitted,

/s/ Mark K. Gyandoh
Mark K. Gyandoh
Julie Siebert-Johnson
**KESSLER TOPAZ MELTZER**
**& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

/s/ Mark P. Kindall
Robert A. Izard
Mark P. Kindall
Douglas P. Needham
**IZARD KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax:  (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email:  dneedham@ikrlaw.com

/s/ Robert E. Tarcza
Robert E. Tarcza, LSBN 12655
**TARCZA & ASSOCIATES**
1310 Whitney Bldg.
228 St. Charles Ave.
New Orleans, LA 70130
Tel:  (504) 525-6696
Fax:  (504) 225-6701
Email:  bobt@tglaw.net

*Counsel for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                                                        */s/ Mark K. Gyandoh*
                                                        Mark K. Gyandoh