NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LAURIE NICHOLSON, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Franciscan Missionaries of Our Lady Health System, Franciscan Missionaries of Our Lady Health System Investment Committee, and John Does 1-20,<br><br>Defendants. | No.: 3:16-cv-00258-SDD-EWD |

**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND CASE CONTRIBUTION AWARDS**

Plaintiff Laurie Nicholson ("Named Plaintiff" or "Plaintiff"), on behalf of herself and all others similarly situated, submits this motion for award of attorneys' fees, reimbursement of expenses, and Case Contribution Awards. Specifically, Plaintiff moves the Court for an Order: (1) approving awards of attorneys' fees to their attorneys Izard Kindall & Raabe, LLP, Kessler Topaz Meltzer & Check, LLP, and Tarcza & Associates; (2) reimbursing their litigation expenses; and (3) Case Contribution Awards to the Named Plaintiff and Settlement Class Representative.

In support of this Motion, Plaintiff has submitted the accompanying Joint Declaration of Mark K. Gyandoh and Mark. P. Kindall (with exhibits) and a Memorandum of Law in support thereof.

1

Dated:  January 5, 2018

Respectfully submitted,

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
Julie Siebert-Johnson
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel:  (610) 667-7706
Fax:  (610) 667-7056
Email:  mgyandoh@ktmc.com
Email:  jsjohnson@ktmc.com

*/s/ Mark P. Kindall*
Robert A. Izard
Mark P. Kindall
Douglas P. Needham
**IZARD KINDALL & RAABE LLP**
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel:  (860) 493-6292
Fax:  (860) 493-6290
Email:  rizard@ikrlaw.com
Email:  mkindall@ikrlaw.com
Email:  dneedham@ikrlaw.com

*/s/ Robert E. Tarcza*
Robert E. Tarcza, LSBN 12655
**TARCZA & ASSOCIATES**
1310 Whitney Bldg.
228 St. Charles Ave.
New Orleans, LA 70130
Tel:  (504) 525-6696
Fax:  (504) 225-6701
Email:  bobt@tglaw.net

*Counsel for Plaintiff and the Settlement Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2018, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh
